UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **OLIVER HOWARD #399325** | **CIVIL ACTION** |
| **VERSUS** | **NO. 04-1884** |
| **BURL CAIN, WARDEN** | **SECTION "J" (6)** |

### O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 17), and the Petitioner's Traverse to Magistrate's Recommendation (Rec. Doc. 18), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore, **IT IS ORDERED** that the petition of Oliver Howard for issuance of a writ of *habeas corpus* under 28 U.S.C. § 2254, be, and the same is hereby **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

**IT IS FURTHER ORDERED** that Oliver Howard be allowed to file a motion to re-open this matter within ninety (90) days after he has fully exhausted his claims for relief in the state courts.

New Orleans, Louisiana, this 26th day of _____July_____, 2006.

_____
UNITED STATES DISTRICT JUDGE